### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ganisher Eshboboevich Eshdavlatov | ) |
| | ) Case No. 25 C 12677 |
| v. | ) |
| | ) Judge: Matthew F. Kennelly |
| Sam Olson et al | ) |

### ORDER

Telephonic status hearing held on 10/23/2025. This Clerk is directed to transfer this case forthwith to the Western District of Missouri under 28 U.S.C. 1631 for the reasons stated by the Court in Mejia Olalde v Noem, No. 25 C 11481 (N.D. Ill. Oct. 7, 2025). The case is terminated on this Court's docket.

(T:10)

Date: 10/23/2025

/s/ Matthew F. Kennelly
United States District Judge